UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN D. HAMLET,<br><br>        Petitioner,<br>v.<br><br>SUPERINTENDENT, Plainfield Correctional Facility,<br><br>        Respondent. | )<br>)<br>)<br>)   No. 1:06-cv-1429-SEB-VSS<br>)<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/26/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kevin Hamlet
DOC #892772
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN   461689

Linda Sue Leonard
INDIANA STATE ATTORNEY GENERAL
linda.leonard@atg.in.gov